■ In the Matter of NEW KENNY'S GETTY SQUARE, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Proceeding under article 78 of the CPLR to review a determination of respondent, dated January 20, 1969, which suspended petitioner's liquor license for 30 days, with 20 days thereof deferred. Determination modified, on the law, by reducing the period of suspension to 10 days and by providing that the suspension period, as so reduced, shall be deferred in its entirety. As so modified, determination confirmed, without costs. No questions of fact have been considered. In our opinion, the penalty imposed was excessive to the extent indicated herein. It appears from the record that petitioner has not previously been charged with any violation of the Alcoholic Beverage Control Law, no less found guilty of any such violation. Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ., concur.

■ In the Matter of GEORGE F. WINNIE, Petitioner, v. DONALD S. HOSTETTER et al., Constituting the State Liquor Authority, Respondents.— Proceeding pursuant to article 78 of the CPLR to review respondents' determination dated February 13, 1969, which suspended petitioner's on-premises liquor license for 20 days (10 days thereof deferred). Determination confirmed and proceeding dismissed on the merits, with costs. No opinion. Christ, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.